**United States District Court**
**Northern District of New York**

| | | |
|---|---|---|
| Madeline Gonzalez, | ) | Case 5:26-cv-00355-ECC-PJE |
| *Plaintiff*, | ) | |
| | ) | Elizabeth C. Coombe |
| vs. | ) | United States District Judge |
| | ) | |
| Frank Bisignano, | ) | Paul J. Evangelista |
| Commissioner of Social Security, | ) | United States Magistrate Judge |
| *Defendant*. | ) | |
| | ) | Stipulation – Document Filed Electronically |

**Parties' Stipulation for Remand**

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the Commissioner will offer the claimant an opportunity for a hearing and issue a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

Frank Bisignano
Commissioner of Social Security

By His Attorneys,

John A. Sarcone III
Acting United States Attorney

*/s/ Michael Henry*
Michael Henry
Special Assistant United States Attorney
N.D.N.Y. Bar Roll No. 700993
Program Litigation 2
Social Security Administration
Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Michael.l.henry@ssa.gov

Madeline Gonzalez,

By Her Attorney,

*/s/ Howard Olinsky*
Howard D. Olinsky
Attorney for Plaintiff
Olinsky Law Group
250 South Clinton St., Suite 210
Syracuse, New York 13202
holinsky@windisability.com
(315) 701-5780

Of Counsel:
Michael J. Pelgro
Executive Counsel for Program Litigation 2
Social Security Administration

**IT IS SO ORDERED:**

Elizabeth C. Coombe
U.S. District Judge

Dated: October 20, 2026
Syracuse, NY